IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 21-00173-01-CR-W-BCW |
| | ) | |
| vs. | ) | |
| | ) | Date: March 9, 2023 |
| JOSHUA PAUL GOODSPEED, | ) | |
| | ) | |
| Defendant. | ) | |

MINUTE SHEET

HONORABLE Brian C. Wimes presiding at Kansas City
==============================================================================

Nature of Hearing: Change of Plea

Time Commenced: 9:05 a.m.                    Time Terminated: 9:35 a.m.

Plaintiff by: Catherine Connelly, AUSA       Defendant by: Travis Poindexter


Defendant appears to enter a plea of guilty to Count 1s, 3s and 4s of the Indictment.
X       Defendant sworn.
X       Court questions defendant regarding his physical and mental condition. Defendant advised of right to trial by jury, maximum and minimum terms of incarceration and fine ranges.
X       No Plea agreement is filed.
X       Plea is accepted by the Court.
X       Court orders Presentence Investigation (PSI).
X       Defendant remanded to custody.
X       Sentencing set for 7/26/23 at 9:00 a.m.

Probation Officer:   Drew Brown
Courtroom Deputy: Tracy Diefenbach
Court Reporter: Denise Halasey